**Troy D. DOLAN and Karrie A. Dolan, His Wife, Petitioners**

v.

**PENTEX ENERGY, INC. and Westar Energy, Inc., Respondents.**

Supreme Court of Pennsylvania.

March 30, 2004.
Application for Reargument
Denied May 25, 2004.

### *ORDER*

PER CURIAM:

**AND NOW**, this 30th day of March, 2004, the Petition for Allowance of Appeal is hereby granted.

It is also ordered that the order of the Superior Court quashing Petitioners' appeal is reversed, and that this case is remanded to the Superior Court for further proceedings. *Motorists Mutual Ins. Co. v. Pinkerton*, 574 Pa. 333, 830 A.2d 958 (2003).